UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THOMAS D. WHITE,                  :
                                  :       Civil Action No. 10-0548 (RMB)
        Petitioner,               :
                                  :
     v.                           :              **O R D E R**
                                  :              (CLOSED)
DONNA ZICKEFOOSE, Warden,          :
                                  :
        Respondent.               :

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 and application to proceed in forma pauperis; and for the reasons expressed in the Opinion issued this same day;

IT IS on this **19th** day of **March 2010**;

**ORDERED** that Petitioner's application to proceed in forma pauperis is hereby **GRANTED**; and it is further

**ORDERED** that the petition is hereby **DISMISSED**, for lack of jurisdiction; and it is further

**ORDERED** that the Clerk of the Court shall close this file.

                                       s/Renée Marie Bumb
                                       RENÉE MARIE BUMB
                                       United States District Judge